IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT N. STRONG,

     Appellant,

v.

LYNETTE M. STRONG,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-179

Opinion filed July 26, 2016.

An appeal from the Circuit Court for Okaloosa County.
John "Jay" Gontarek, Judge.

Brian P. North of Kenny Keigh & Associates, Fort Walton Beach, for Appellant.

Andrew D. Wheeler of Matthews & Jones, LLP, Destin, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., ROWE, and MAKAR, JJ., CONCUR.